**EXHIBIT A**
**STIPULATED FACTS**

AUG 1 8 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

ENTERED
RECEIVED

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

The Defendant, **CECIL M. GRAHAM** ( "**GRAHAM**"), age 67, is a resident of Laurel, Md. For approximately 20 years the Defendant has worked as a contractor assigned to NASA, Goddard Space Flight Center, most recently employed as a Hubble Space Telescope Planning and Scheduling Manager.

Investigation revealed that beginning in or about May 2009 and continuing until at least in or about January 2010, **GRAHAM** used a NASA computer in his office to connect to a number of websites that depicted child pornography and child erotica. In addition, **GRAHAM** used his computer to conduct Internet searches for terms such as "preteen erotica," "young lolas," "loli pics," "Lolitas Land," "tiny teen photos," "sweet preteen picks" and "tiny teen photos."

On or about April 15, 2010, NASA OIG Special Agent Sean Zadig obtained search warrants for **GRAHAM's** office at NASA and for his residence, 7401 Frostwood Circle, Laurel, MD 20707. Forensic analysis of the computer material seized from **GRAHAM's** office revealed that the Defendant had engaged in downloading child pornography and child erotica for a significant period of time-- deleted bookmark files were recovered from as far back as August 5, 2000. In addition, a number of deleted images depicting child pornography were recovered from the computers in **GRAHAM's** office. Moreover, law enforcement seized a Sandisk thumb drive, Zip disks, floppy disks, and a laptop computer from the Defendant's residence. Forensic analysis of the thumb drive contained approximately 25 images of child pornography and one image of a child wearing sexually suggestive clothing. Forensic analysis of the Zip disks and floppy disks resulted in the recovery of deleted image files depicting nude children as well as clothed children in sexually explicit poses or wearing revealing clothing. Agents also recovered approximately 21 pages of printed image files depicting minor females engaged in sexually explicit conduct, to wit, lascivious exhibition of the genitals and clothed children in sexually explicit poses. The images recovered include the following: digital image of a nude minor female standing with a power drill and a her genital area is exposed; digital image entitled "Lolita's Life" containing two nude minor females hugging with their genital area exposed; digital image of a nude minor female with a close up shot of her genital area; digital image of a nude minor female lying on a bed in a sexually suggestive posture with her genital area exposed. These images had been transported through a means of interstate commerce, that is, from the internet to the Defendant's computer.



The images possessed by the Defendant involved: (1) at least one image of a prepubescent minor; (2) use of a computer or an interactive computer service for the possession and then printing of child pornography material; (3) possession of images of child pornography obtained via the Internet and interstate commerce; and (4) possession of at least 10 but fewer than 150 images of child pornography.

I have reviewed the statement of facts and agree that it is correct.

_____    _____7/8/10_____
Cecil M. Graham                                    Date